IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHERYL PASCARELLI, | |
| Plaintiff, | CIVIL ACTION NO.: 2:22-cv-00075 |
| v. | |
| PUBLIX SUPER MARKETS, INC, | |
| Defendant. | |

## NOTICE OF RESOLUTION OF CASE

COME NOW CHERYL PASCARELLI, Plaintiff herein, and PUBLIX SUPER MARKETS, INC., Defendant herein, and file this Notice to advise the Court that the parties have resolved the Plaintiff's claims in their entirety, and Plaintiff will be filing a dismissal with prejudice as soon as practicable.

Respectfully submitted this 15th day of May, 2024.

MORGAN & MORGAN

By:   /s/ Kendall B. Shortway
Kendall B. Shortway, Esq.
Georgia Bar No. 312819
*Attorney for Plaintiff*

777 Gloucester St Suite 400
Brunswick, GA 31520
T: (912) 443-1000
kshortway@forthepeople.com

*(Signature to follow)*

                                                          BRENNAN & WASDEN, LLC

By:    /s/ Marvin W. McGahee
         Wiley A. Wasden, III
         Georgia Bar No. 738750
         Marvin W. McGahee
         Georgia Bar No. 491325
         *Attorneys for Defendant*

411 E. Liberty Street
Savannah, GA 31401
P.O. Box 8047
Savannah, Georgia 31412
Phone: (912) 232-6700
Fax: (912) 232-0799
wwasden@brennanwasden.com
mmcgahee@brennanwasden.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served opposing counsel in this case with a true and accurate copy of the parties' Notice by email in Portable Document Format (PDF) and by depositing same in the U.S. Mail in an envelope with sufficient postage affixed thereon, properly addressed to the following recipient at the following address:

**Kendall B. Shortway, Esq.**
**Morgan & Morgan**
**777 Gloucester Street, Ste 400**
**Brunswick, GA  31520**
**kshortwway@forthepeople.com**

This 15th day of May, 2024.

                                              BRENNAN & WASDEN, LLC

                              By:   /s/ Marvin W. McGahee
                                       Wiley A. Wasden, III
                                       Georgia Bar No. 738750
                                       Marvin W. McGahee
                                       Georgia Bar No. 491325
                                     *Attorneys for Defendant*

411 E. Liberty Street
Savannah, GA 31401
Mailing Address:
P.O. Box 8047
Savannah, Georgia 31412
Phone: (912) 232-6700
Fax: (912) 232-0799