# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

CHERYL PASCARELLI,

    Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,

    Defendant.

CV 222-075

## ORDER

The parties informed the Court that they had reached a settlement of the claims in this action on May 15, 2024. Dkt. No. 54. To date, no dismissal has been filed. The parties are **ORDERED** to file either a dismissal or a status report informing the Court of the settlement progress on or before July 22, 2024.

**SO ORDERED**, this 15 day of July, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA